Henry E. Wood, Appellant, *v.* R. Henry Depew et al., Respondents.

(Argued February 10, 1932; decided March 3, 1932.)

*Hugo Wintner, Robert J. Fox* and *Robert P. Schur* for appellant.

*Ralph O. L. Fay* and *Philip J. Dunn* for R. Henry Depew, John D. Depew and Bale-Snedeker Company, respondents.

*E. V. Daly* for James E. Bale, respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.